E-SERVED 03/17/2003 11:09 AM EST Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

MICHAEL EUGENE BLACK
and GEORGE F. MCCOLLINS, individually,
and on behalf of all others similarly situated,

Plaintiffs,

v. Case No: 02-CV-199

BAYER CORPORATION,
a foreign corporation authorized to do
business in West Virginia;
BAYER AG, a foreign corporation,
SMITHKLINE BEECHAM CORPORATION d/b/a
GLAXOSMITHKLINE, a foreign corporation; and
GLAXOSMITHKLINE plc, a foreign corporation,

Defendants.

AGREED ORDER

On this day came the parties, pursuant to Plaintiffs' Motion for Leave to File Second Amended Class Action Complaint, and informed the Court that Defendants have no objection to said Motion. Accordingly, there being good cause for the same, it is hereby ORDERED that Plaintiffs' Motion for Leave is hereby GRANTED.

It is further ORDERED that the proposed Second Amended Class Action Complaint attached to the aforesaid Plaintiffs' Motion for Leave shall be treated as filed as of the date of entry of this Agreed Order.

The Court DIRECTS the Clerk to send a copy of this Order to counsel of record.

FILED MAR 20 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

EXHIBIT
B

E-SERVED 03/17/2003 11:00 AM EST Baycol MDL 1431

ENTER: This the 28th day of March, 2003

MICHAEL J. DAVIS
UNITED STATES DISTRICT JUDGE

*PRESENTED BY:*

Harry F. Bell, Jr.
Ftemkos (Tim) J. Yianne
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
(304) 345-1700
(304) 345-1715 Facsimile
Counsel for Plaintiffs

*INSPECTED AND APPROVED BY:*

David B. Thomas
John K. McHugh
Allen Guthrie McHugh & Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394
(304) 345-7250
(304) 345-9941 Facsimile
Counsel for GlaxoSmithKline plc and SmithKline Beecham Corporation
d/b/a GlaxoSmithKline

Michael J. Farrell
Erik W. Legg WVSB # 7738
Farrell, Farrell, & Farrell, L.C.
P.O. Box 6457
Huntington, WV 25772-6457
(304) 522-9100
(304) 522-9162 Facsimile
Counsel for Bayer AG and Bayer Corporation