E-SERVED
09/07/04
03:57 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In Re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431**

**This Document Relates to:**

**MICHAEL EUGENE BLACK**
**and GEORGE F. MCCOLLINS, individually,**
**and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.** **Case No: 02-CV-199**

**BAYER CORPORATION,**
**a foreign corporation authorized to do**
**business in West Virginia;**
**BAYER AG, a foreign corporation; and**
**GLAXOSMITHKLINE plc, a foreign corporation.**

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM PARTS I(A) AND I(B) OF PRETRIAL ORDER NO. 114 AND MOTION FOR ENLARGEMENT OF TIME**

Please take notice that Plaintiffs hereby withdraw the previously filed "Motion for Relief from Parts I(A) and I(B) of Pretrial Order No. 114 and Motion For Enlargement of Time" filed on July 27, 2004.

Respectfully submitted this the 7th day of September, 2004.

**Michael Eugene Black,**
**and George F. McCollins,**
**individually, and on behalf of**
**all others similarly situated,**

E-SERVED
09/07/04
03:57 PM ET
Baycol MDL 1431

**By Counsel**

Original Signature on file with filing attorney
Harry F. Bell, Jr.
Tim J. Yianne
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
(304) 345-1700
(304) 345-1715 Facsimile

E-SERVED
09/07/04
03:57 PM ET
Baycol MDL 1431

**CERTIFICATE OF SERVICE**

I, Tim J. Yianne, certify that a true and correct copy of the foregoing Plaintiffs' Notice of Withdrawal of Motion for Relief from Parts I(A) and I(B) of Pretrial Order No. 114 and Motion for Enlargement of Time were electronically served to all counsel of record via Verilaw on this 7th day of September, 2004.

Original Signature on file with filing attorney
Bell & Bands, PLLC
Tim J. Yianne