E-SERVED
10/12/04
06:23 PM ET
Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In Re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431**

**This Document Relates to:**

**MICHAEL EUGENE BLACK**
**and GEORGE F. MCCOLLINS, individually,**
**and on behalf of all others similarly situated,**

**Plaintiffs,**

**v.** **Case No: 02-CV-199**

**BAYER CORPORATION,**
**a foreign corporation authorized to do**
**business in West Virginia;**
**BAYER AG, a foreign corporation; and**
**GLAXOSMITHKLINE plc, a foreign corporation,**

**CERTIFICATE OF SERVICE**

I, Tim J. Yianne, certify that a true and correct copy of Plaintiff's Case Specific Report Pursuant to PTO 114 was served to all counsel of record via U.S. Mail, postage prepaid, on this 12th day of October, 2004.

Original Signature on file with filing attorney
Bell & Bands, PLLC
Tim J. Yianne