# Exhibit A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

MICHAEL EUGENE BLACK and GEORGE F. McCOLLINS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v. Case No. 02-CV-199

BAYER CORPORATION, a foreign corporation authorized to do business in West Virginia, BAYER AG, a foreign corporation, and SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE; and GLAXOSMITHKLINE plc, a foreign corporation,

Defendants.

ORIGINAL

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The deposition of GEORGE F. McCOLLINS was taken on the 15th day of March, 2006, commencing at 9:15 a.m., at the Law Offices of Farrell, Farrell & Farrell, 914 Fifth Avenue, Huntington, West Virginia, before Alex Koutsunis, a Court Reporter and Notary Public in and for the State of West Virginia, pursuant to notice in the above-styled matter which is now pending and undetermined in said Court.

ALEX KOUTSUNIS
AAA COURT REPORTING SERVICE
504 Coal Exchange Building -- P. O. Box 2043
Huntington, WV 25701 -- (304) 523-4300

APPEARANCES:

TIM J. YIANNE, ESQUIRE
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
Counsel for the Plaintiffs

ERIK W. LEGG, ESQUIRE
Farrell, Farrell & Farrell
914 Fifth Avenue
Huntington, WV 25701
Counsel for the Defendant, BAYER Corporation, a foreign corporation authorized to do business in West Virginia, BAYER AG, a foreign corporation

DAVID BROWN, ESQUIRE
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808
Counsel for the Defendant, SmithKline Beecham Corporation, doing business as GlaxoSmithKline (via telephone)

ALSO PRESENT: Amy Smailes

(Witness Sworn)

THEREUPON CAME,

GEORGE F. McCOLLINS,

called as a witness by the Defendant, Bayer Corporation, herein, who, having been first duly sworn according to law, testified as follows:

EXAMINATION

BY MR. LEGG:

Q Mr. McCollins, good morning.

A Good morning.

Q We were introduced off the record. My name is Erik Legg. I represent Bayer Corporation and Bayer AG in this lawsuit that you have filed. I understand off the record that you have never given a deposition before; is that true?

A That's correct.

MR. LEGG: Let me just go over the ground rules for a moment or two. And I'm sure that your attorney has discussed these things with you, but just so that we are all operating from the same template.

We are basically going to have a conversation today with rules, and the rules are that

A No.

Q If this Class is not certified, if the court decides that it should not be certified -- well, I'll retract that question. Do you know who the defendants are in this case?

A Do I know the defendants?

Q Do you know who the defendants are? Yes, sir.

A No, I do not.

Q Do you seek to recover for any -- do you claim that you were injured as a result of taking Baycol?

MR. YIANNE: Let me object to the form of the question, and as to what you mean by "injured"?

THE WITNESS: That's right.

BY MR. LEGG:

Q Do you claim that you were physically injured as a result of taking Baycol?

A I don't understand. Is that a permanent injury? Are you talking physical permanent?

Q Well, we can start with that. Do you claim you were permanently injured --

A (Interrupting.) No.

Q -- as a result of taking Baycol?
A No, I don't think so.
Q Do you claim that at any time you had a physical injury that was as a result of taking Baycol?
A A physical injury to me is if someone intentionally hurts me, a physical. In other words, I don't really understand that question. I mean, physical.
Q Are you seeking -- my understanding from the Complaint, which I understand that you may not be familiar with, is that there is -- that you and the proposed Class are not making any claims for personal injuries, personal injuries, in this lawsuit; is that correct?
A Describe "personal injury".
MR. YIANNE: I think we can speed this along. They're not, and he is not seeking recovery for personal injuries.
BY MR. LEGG:
Q Have you ever taken the drug Gemfibrozil?
A Not to my knowledge, no.
Q Also known as Lopid?
A What's it used for, and I can tell you?

A Yes.
Q Back to the question I asked before. You may or may not be able to answer it. From the time it started until the time it went away, how long a time frame are we discussing?
A I just really can't remember, to be honest with you. I don't know.
Q Did that pain stop before -- did that pain stop while you were still taking Baycol?
A I think it stopped after I took the CAT scan that they did. When did I take it? I don't know when I took the CAT scan.
Q Did you ever see Dr. Sharma about that complaint of abdominal pain?
A I don't think so.
Q The only doctor you treated with or you saw about it was Dr. Skeens?
A I just saw Dr. Sharma as my urologist. No, I don't think I seen him about that pain.
Q Let me see if I understand this correctly. And I realize you're not a doctor, and I'm not asking you for any medical testimony. In this lawsuit, as far as the basis of your claims, you're definitely -- you

don't even believe personally as you sit here that you experienced any permanent injury as a result of Baycol, correct?

A No, I do not. That's correct.

Q And even if you had, let's say, a temporary physical injury as a result of taking Baycol, you're not claiming recovery for that in this lawsuit, correct?

A Correct. You mean physical injury? What do you mean, "physical"?

MR. LEGG: I'm talking about to your body, to your health, versus to your pocketbook.

MR. YIANNE: That's a good explanation.

THE WITNESS: I never had no -- no. Go ahead and state the question again, would you?

BY MR. LEGG:

Q I understand that it's your personal belief that you had side effects as a result of Baycol, correct?

A Correct.

Q And no doctor ever told you that, correct?

A Correct.

Q As we sit here today, you have never had any doctor tell you that you had a side effect or any

injury as a result of Baycol? True?

A True.

Q What I'm saying is: You don't -- you don't believe you had a personal -- a permanent injury as a result of Baycol, no doctor has ever told you you had any injury at all as a result of Baycol, and regardless of what you personally believe about any temporary injury that you may or may not have had as a result of Baycol, you're not seeking to recover for any personal injuries in this case?

A That's correct.

MR. LEGG: Okay. That was a long question, wasn't it?

MR. YIANNE: Yes.

MR. LEGG: I think this is a good time to stop and see if our lunches are here. Is that okay with you?

THE WITNESS: Sure, sure.

MR. LEGG: Let's go off the record.

(WHEREUPON, from 12:10 p.m. to 12:38 p.m., a lunch recess was taken.)

MR. LEGG: Let's go back on.

BY MR. LEGG:

ORIGINAL



I have read the foregoing pages, Numbers 4 through 186 inclusive, which contain a transcription of answers made by me to the questions therein recorded.

George F. McCollins
GEORGE F. McCOLLINS

4-5-06
Date

STATE OF West Virginia
COUNTY OF Cabell, TO WIT:

Sworn before me this 5 day of April, 2006.

My commission expires April 26, 2010

Joseph C. Ferrell
Notary Public

NOTARIAL SEAL:

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
JOSEPH C. FERRELL
GUYANDOTTE PUBLIC LIBRARY
203 RICHMOND ST.
HUNTINGTON, WV 25702
My Commission Expires April 26, 2010

# Exhibit B

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [George McCollins]

## CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

1. My name is: Gregory D. Clarke, M.D.

2. My *curriculum vitae*, including all my publications for the past ten years, is attached. My charges for this review and report are $ 375.00 .

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. I understand that there may be other records for this patient beyond those which I have reviewed:

   a. Office records of Dr. Michael Skeens

   b. Office records of Dr. Tara Sharma

   c. Lab and X ray reports from St. Mary's Hospital

   d. Lab and X ray reports from Cabell Huntington hospital

5. I cannot determine based on these records whether or not this patient has suffered physical injuries related to this patient's ingestion of Baycol.

SPFS000002gfc

6. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: October 12, 2004

Gregory D. Clarke, M.D.
1624 Quarrier St.
Charleston, WV 25311

Recent Litigation Testimony Under Oath as an Expert Witness – Gregory D. Clarke, MD

1. Estate of Clara Toumayan vs Bayer et al, WV 2003

2. Estate of Natailia Desrae Miller vs. Logan Medical Foundation et al WV 2001

# Gregory D. Clarke, M.D.

## I. Personal Data

**Business Address:** WVU School of Medicine, Charleston Division
3110 MacCorkle Avenue, SE
Charleston, WV 25304

**Home Address:** 1624 Quarrier St
Charleston, W.V. 25311

**Phone:** Home (304) 342-1796
Charleston (304) 347-1341

**E-Mail:** Gregclarke58@excite.com

**Date/Place of Birth:** September 11, 1958. Chillicothe, Ohio

**Social Security #:** 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

**Family Status:** Married with two daughters

## II. Professional Positions and Medical Staff Appointments

| | |
|---|---|
| 8/98 to 6/2001 | Associate Director, Internal Medicine Residency Training Program, West Virginia University, School of Medicine-Charleston Division. |
| 7/98 to present | Pediatric consultant to West Virginia Poison Center |
| 5/98 to present | Member Charleston Area Medical Center Clinical Ethics Forum |
| 12/97 to present: | Director MS III Internal Medicine Clerkship |
| 7/96 to present: | Assistant Professor, Internal Medicine and Pediatrics<br>West Virginia University School of Medicine |
| 11/96 to 1/2001: | Medical Director, West Virginia Medicaid Program |
| 7/96 to present: | Director, Combined Internal Medicine/Pediatrics Residency |
| 2/96 to present: | Active Medical Staff -<br>Charleston Area Medical Center, Charleston, WV.<br>Departments of Internal Medicine and Pediatrics.<br>Additional Privileges in Department of Emergency Medicine |
| 7/93 to 10/97 | Emergency Physician, Thomas Memorial Hospital,<br>South Charleston, WV Regular Medical Staff. |

## III. Education and Training

| | |
|---|---|
| 1976-1980: | The University of Chicago, Chicago, Ill<br>Bachelor of Arts in Biology |
| 1980-1982: | The University of Chicago<br>Graduate Study in Human Biology |
| 1985-1989: | West Virginia University School of Medicine<br>Morgantown, WV. Doctor of Medicine |
| 1989-1993: | West Virginia University School of Medicine<br>Charleston Division, Charleston, WV<br>Residency in Combined Internal Medicine and Pediatrics |
| 1992-1993: | Chief Pediatric Resident, WVU Charleston Division |

## IV. License and Certifications

West Virginia Medical License # 16242-1990. Due for renewal 7/2004
Diplomate National Board of Medical Examiners - 1990
Diplomate American Board of Pediatrics - 1993
Diplomate American Board of Internal Medicine - 1993
Advanced Cardiac Life Support Provider - since 1989
Advanced Cardiac Life Support Instructor - 1996

## V. Honors and Awards

| | |
|---|---|
| 1976 - 1980 | National Merit Scholar - University of Chicago Merit Scholarship |
| 1988 | Alpha Omega Alpha Honor Medical Society |
| 1989 | Merck Award for Academic Excellence |

## VI. Volunteer and Charitable Activities

| | |
|---|---|
| 2003 – present | Member Search Committee for Chair of WVU Pediatrics, Charleston Division |
| 1999 - present | Member School-wide Curriculum Committee, WVU School of Medicine |
| 1998 - present | Board of directors, WV Healthright Clinic, President 2001-2002 |
| 1997 - present | Member Clinical Ethics Forum, Charleston Area Medical Center |
| 1993 - present | Volunteer Physician, WV Healthright Free Clinic |
| 1999 - 2000 | Chairman of Search Committee for Assistant Dean of Students, Charleston |
| 1998 - 99 | Member Search Committee for Chair of WVU Pediatrics, Morgantown |
| 1997 - 2001 | Vestry member, St. John's Episcopal Church, Charleston, WV |

## VII. Professional Societies

American Academy of Pediatrics
American Medical Association
West Virginia State Medical Association
American College of Physicians
Medicine/Pediatrics Program Directors' Association
Clerkship Directors in Internal Medicine
Association of Program Directors in Internal Medicine

## VIII. Research Activities

2003 – present
Principle Investigator for the Smoking Cessation and Advanced REsuscitation Directives study with IM residents and their clinic patients at Charleston Area Medical Center – linking smoking cessation outcomes to smoking cessation and advanced directive counseling.

2001 - present
Principal Investigator for the Regional Enhanced Dissemination and Utilization Center for Eradication of Risks project - a cooperative research project of WVU/Charleston and WV Healthright, funded by NIH to develop and evaluate cardiovascular risk reduction programs for the indigent. 3 year grant funded by NIH.

2002 - 2003
Principal Investigator for the Ethical Status Study assessing advanced directive decision making of patients hospitalized at CAMC with congestive Heart Failure.

## IX. Lectures and Publications

1. Clarke, G., R. T. Hall, and G. Rosencrance. 2004. Physician-patient relations: No more models. *The American Journal of Bioethics* 4(2): W16-W19.

2. Clarke, Gregory D., M.D. Dissemination and utilization of science-based health information: Improving your bottom-line Grand Rounds at National Cardiovascular Health 2002, Bethesda Maryland , Thursday, April 11, 2002

3. Clarke, Gregory D., MD, "Overview of Obesity", Conjoined Grand Rounds, WVU Charleston Departments of Internal Medicine and Pediatrics, February 1997.

4. Clarke, Gregory D., MD, "Complementary and Alternative Medicine in a Nutshell", Grand Rounds, WVU Charleston Department of Medicine, November 1998.

5. Clarke, Gregory D., MD, "Dissection of the Standardized Multiple-Choice Examination", a special workshop for the WVUSOM/Charleston Division class of 2000. March, 1999.

6. Clarke, Gregory D., MD, "Asthma for MSIIIs" Department of Pediatrics, WVU Charleston Division Department of Pediatrics bimonthly since 1996.

7. Clarke, Gregory D., MD, "Introduction to Fluid and Electrolyte Management for MSIIIs", Department of Medicine, WVU Charleston Division bimonthly 1996 - 1999.

8. Clarke, Gregory D., MD, "Introduction to Congestive Heart Failure", Department of Medicine WVU Charleston Division bimonthly 1998 - 1999.

9. Clarke, Gregory D., MD, "Introduction to Collagen Vascular Diseases", Department of Medicine WVU Charleston Division bimonthly 1998 - present.

10. Clarke, Gregory D., MD, "Large Pleural Effusion as Presentation of Metastasis of Unknown Origin", Annual Meeting of WV Thoracic Society, 1992.

11. Clarke, Gregory D., MD "Metastasis from and Unknown Primary - a case presentation and review of the literature" Annual Scientific Meeting of WV Chapter of American College of Physicians, 1992

12. Clarke, Gregory D., MD "Pediatric AIDS", Pediatric Acute Care Newsletter of CAMC, Vol 1, #3, October- 1991.

Last Modified 5/31/2004

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

GEORGE F. MCCOLLINS, individually,
and on behalf of all others similarly situated,

Plaintiffs,

v. Case No: 02-CV-199

BAYER CORPORATION,
a foreign corporation authorized to do business in West Virginia;
BAYER AG, a foreign corporation; and
GLAXOSMITHKLINE plc, a foreign corporation,

**PLAINTIFF'S RULE 26(a)(2) CASE SPECIFIC DISCLOSURES PURSUANT TO PTO 149**

Now comes the Plaintiff, individually and on behalf of all others similarly situated (hereinafter "Class"), by and through counsel, Bell & Bands, PLLC, pursuant to MDL Pretrial Order 149, and makes the following Rule 26(a)(2) case specific disclosures.

I. **EXPERT WITNESSES WHO ARE LIKELY TO TESTIFY AT TRIAL:**

Gregory Clarke, M.D.
WVU School of Medicine, Charleston Division
3110 MacCorkle Avenue, SE
Charleston, WV 25304

II. **QUALIFICATIONS, PUBLICATIONS, OTHER CASES, ET AL:**

Attached is the curriculum vitae of Dr. Clarke.

Dr. Clarke's expert rate is $300.00 per hour for research, record review and report writing, and $450 per hour for testimony with a minimum 4 hour charge for testimony.

## III. OPINION, BASIS & REASON THEREFORE, DATA CONSIDERED, ET AL:

See Dr. Clarke's Case Specific Report attached as Exhibit A.

Respectfully submitted this the 30th day of August, 2006.

**George F. McCollins, individually, and on behalf of all others similarly situated,**
**By Counsel**

Original Signature on file with filing attorney
Harry F. Bell, Jr.
Tim J. Yianne
Bell & Bands, PLLC
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
(304) 345-1700
(304) 345-1715 Facsimile

**CERTIFICATE OF SERVICE**

I, Tim J. Yianne, certify that a true and correct copy of the foregoing Plaintiff's Rule 26(a)(2) Case Specific Disclosures Pursuant to PTO 149 was electronically served to all counsel of record on this 30th day of August, 2006.

Original Signature on file with filing attorney
Bell & Bands, PLLC
Tim J. Yianne

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: **Michael Eugene Black, George F. McCollins and similar others**

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is: Gregory D. Clarke, M.D.

2. I am a physician, licensed to practice Medicine in the state of West Virginia since 1990. I am a board certified internist. I am also an assistant professor of Internal Medicine and Pediatrics for the West Virginia University of Medicine, where I have been employed since 1996. I am the director of a residency program in Internal Medicine and a residency program in combined Internal Medicine and Pediatrics. I additionally served from 1997 to 2001 as the medical director for the West Virginia Bureau for Medical Services (aka Medicaid). I was additionally involved in cardiovascular risk reduction research as a principal investigator for an Enhanced Dissemination and Utilization Center of the National Heart, Lung and Blood Institute of the NIH from 2001 to 2003. I append a true copy of my *curriculum vitae* to this report.

3. I have been asked to provide my opinions about Baycol and its impact on patients to whom it was prescribed. The opinions in this report are based on my

EXHIBIT
tabbies
A

experience, and my acquaintance with some of the pertinent medical literature. They are expressed to a reasonable degree of medical probability.

4. It is my opinion that Baycol, a member of the class of drugs known as HMG CoA reductase inhibitors, or '-statins' was developed to treat hypercholesterolemia, a known serious risk factor for the development of atherosclerotic cardiovascular disease. All marketed members of this class lower levels of LDL cholesterol and tend to raise levels of HDL cholesterol to varying degrees. These are desirable effects for lowering risk of atherosclerotic disease. They additionally all carry the risk of certain side effects, particularly direct toxic effects on muscle and liver.

5. At the time that it was introduced to the market, there were several other drugs available in this class whose efficacy in favorably affecting cholesterol levels was as good as, or better than, that of Baycol.

a. I base this opinion on my experience as a prescriber of several of these drugs, including Baycol.

b. I also base this opinion on my review of the literature, most notably a meta analysis of the efficacy of all marketed –statins:

J. Edwards, & A. Moore, *Statins in Hypercholesterolaemia: A Dose-Specific Meta-analysis of Lipid Changes in Randomised, Double Blind Trials.* BMC Family Practice 4 (2003).

6. Given its lack of advantage in efficacy, it is my opinion that the only unique merit which Baycol offered was a lower price.

7. At the time that it was introduced to the market, I believed that the risk of undesirable side effects, particularly muscle damage, was no greater than other members of its class. This idea was reinforced to me by representatives of the Bayer corporation who vigorously marketed the drug to me in my roles as a prescriber, as a medical educator, and as a contributor to the development of WV Medicaid's formulary.

8. In the intervening time, I have become aware that the incidence of drug-related damage to muscle cells was greater with Baycol than with any other drug in its class.

9. My experience and my review of the medical literature now cause me to opine that this elevated risk of muscle damage associated with Baycol use could be determined from data available prior to the marketing of the drug, including an article entitled:

> E. Stein, J. Isaacson, R. Stoltz, A. Mazzu, M. Liu, C. Lane, & A. Heller, Pharmacodynamics, Safety, Tolerability and Pharmacokinetics of the 0.8-mg. Dose of Cerivastatin in Patients with Primary Hypercholesterolemia. *The American Journal of Cardiology* **83** (1999) pp. 1433 – 1436.

10. It is my opinion that because of this lack of increased efficacy, and the presence of heightened risk of injury, patients who were prescribed and purchased Baycol were done a disservice.

11. My charges for my services for this case are $300.00/hr. for research, record review and report writing, and $450.00 for testimony with a minimum 4 hour charge for testimony.

12. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: August 29, 2006

Gregory D. Clarke, M.D.
1624 Quarrier St.
Charleston, WV 25311

# Gregory D. Clarke, M.D.

## I. Personal Data

**Business Address:** WVU School of Medicine, Charleston Division
3110 MacCorkle Avenue, SE
Charleston, WV 25304

**Home Address:** 1624 Quarrier St
Charleston, W.V. 25311

**Phone:** Home (304) 342-1796
Charleston (304) 347-1341

**E-Mail:** Gregclarke58@excite.com

**Social Security #:** 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

**Family Status:** Married with two daughters

## II. Professional Positions and Medical Staff Appointments

| | |
|---|---|
| 4/05 to present | Director, Internal Medicine Residency Training Program, West Virginia University, School of Medicine-Charleston Division. |
| 8/98 to 6/2001 | Associate Director, Internal Medicine Residency Training Program, West Virginia University, School of Medicine-Charleston Division. |
| 7/98 to present | Pediatric consultant to West Virginia Poison Center |
| 5/98 to present | Member Charleston Area Medical Center Clinical Ethics Forum |
| 12/97 to present: | Director MS III Internal Medicine Clerkship |
| 7/96 to present: | Assistant Professor, Internal Medicine and Pediatrics West Virginia University School of Medicine |
| 11/96 to 1/2001: | Medical Director, West Virginia Medicaid Program |
| 7/96 to present: | Director, Combined Internal Medicine/Pediatrics Residency |
| 2/96 to present: | Active Medical Staff - Charleston Area Medical Center, Charleston, WV. Departments of Internal Medicine and Pediatrics. Additional Privileges in Department of Emergency Medicine |
| 7/93 to 10/97 | Emergency Physician, Thomas Memorial Hospital, South Charleston, WV Regular Medical Staff. |

Gregory D. Clarke, M.D.
Page two- CV

## III. Education and Training

| | |
|---|---|
| 1976-1980: | The University of Chicago, Chicago, Ill<br>Bachelor of Arts in Biology |
| 1980-1982: | The University of Chicago<br>Graduate Study in Human Biology |
| 1985-1989: | West Virginia University School of Medicine<br>Morgantown, WV. Doctor of Medicine |
| 1989-1993: | West Virginia University School of Medicine<br>Charleston Division, Charleston, WV<br>Residency in Combined Internal Medicine and Pediatrics |
| 1992-1993: | Chief Pediatric Resident, WVU Charleston Division |

## IV. License and Certifications

West Virginia Medical License # 16242-1990. Due for renewal 7/2008
Diplomate National Board of Medical Examiners - 1990
Diplomate American Board of Pediatrics – 1993, recert valid until 2011
Diplomate American Board of Internal Medicine – 1993, valid until 1/2015

## V. Honors and Awards

| | |
|---|---|
| 1976 - 1980 | National Merit Scholar - University of Chicago Merit Scholarship |
| 1988 | Alpha Omega Alpha Honor Medical Society |
| 1989 | Merck Award for Academic Excellence |

## VI. Volunteer and Charitable Activities

| | |
|---|---|
| 2003 – present | Member Search Committee for Chair of WVU Pediatrics, Charleston Division |
| 1999 - present | Member School-wide Curriculum Committee, WVU School of Medicine |
| 1998 - present | Board of directors, WV Healthright Clinic, President 2001-2002 |
| 1997 - present | Member Clinical Ethics Forum, Charleston Area Medical Center |
| 1993 - present | Volunteer Physician, WV Healthright Free Clinic |
| 1999 - 2000 | Chairman of Search Committee for Assistant Dean of Students, Charleston |
| 1998 - 1999 | Member Search Committee for Chair of WVU Pediatrics, Morgantown |

1997 - 2001 Vestry member, St. John's Episcopal Church

2005 – present Vestry member and senior warden, St. John's Episcopal Church

## VII. Professional Societies

American Academy of Pediatrics
American Medical Association
West Virginia State Medical Association
American College of Physicians
Medicine/Pediatrics Program Directors' Association
Clerkship Directors in Internal Medicine
Association of Program Directors in Internal Medicine
Society for General Internal Medicine

## VIII. Research Activities

2006 – present
Principle Investigator for Home Heart Failure Care Comparing Patient-Driven Technology Models (Agency for Health Research and Quality (AHRQ))

2003 – present
Principle Investigator for the **S**moking **C**essation and **A**dvanced **RE**suscitation **D**irectives study with IM residents and their clinic patients at Charleston Area Medical Center – linking smoking cessation outcomes to smoking cessation and advanced directive counseling.

2001 - present
Principal Investigator for the **R**egional **E**nhanced **D**issemination and **U**tilization **C**enter for **E**radication of **R**isks project - a cooperative research project of WVU/Charleston and WV Healthright, funded by NIH to develop and evaluate cardiovascular risk reduction programs for the indigent. 3 year grant funded by NIH.

2002 - 2003
Principal Investigator for the **E**thical **St**atus Study assessing advanced directive decision making of patients hospitalized at CAMC with congestive Heart Failure.

## IX. Lectures and Publications

1. *"Teaching Continuity in the Community – Doing Well by Doing Good"*, Poster presentation at annual Alliance for Academic Internal Medicine meeting, Nashville, TN October 13th, 2004

2. *"Teaching Clinical Research through a Collaborative Investigation"*, Workshop presentation at annual Alliance for Academic Internal Medicine meeting, Nashville, TN October 13th, 2004

3. "Physician-Patient Relations: No More Models.", Hall, Robert, PhD.; Clarke, Gregory D., MD; Rosencrance, J. Gregory, MD. in *American Journal of BioEthics*. Accepted for publication 8/2003

4. Clarke, Gregory D., MD, Linger, Barry, PhD. "Teaching Continuity in the Community - a New Model for Exposing Third Year Medical Students to the Experience of Continuing Care in a Community-based Free Clinic". *Currently in progress.*

5. Clarke, Gregory D., MD, "Overview of Obesity", Conjoined Grand Rounds, WVU Charleston Departments of Internal Medicine and Pediatrics, February 1997.

6. Clarke, Gregory D., MD, "Complementary and Alternative Medicine in a Nutshell", Grand Rounds, WVU Charleston Department of Medicine, November 1998.

7. Clarke, Gregory D., MD, "Dissection of the Standardized Multiple-Choice Examination", a special workshop for the WVUSOM/Charleston Division class of 2000. March, 1999.

8. Clarke, Gregory D., MD, "Asthma for MSIIIs" Department of Pediatrics, WVU Charleston Division Department of Pediatrics bimonthly since 1996.

9. Clarke, Gregory D., MD, "Introduction to Fluid and Electrolyte Management for MSIIIs", Department of Medicine, WVU Charleston Division bimonthly 1996 - 1999.

10. Clarke, Gregory D., MD, "Introduction to Congestive Heart Failure", Department of Medicine WVU Charleston Division bimonthly 1998 - 1999.

11. Clarke, Gregory D., MD, "Introduction to Collagen Vascular Diseases", Department of Medicine WVU Charleston Division bimonthly 1998 - present.

12. Clarke, Gregory D., MD, "Large Pleural Effusion as Presentation of Metastasis of Unknown Origin", Annual Meeting of WV Thoracic Society, 1992.

13. Clarke, Gregory D., MD "Metastasis from and Unknown Primary - a case presentation and review of the literature" Annual Scientific Meeting of WV Chapter of American College of Physicians, 1992

14. Clarke, Gregory D., MD "Pediatric AIDS", Pediatric Acute Care Newsletter of CAMC, Vol 1, #3, October- 1991.

Last Modified 8/30/2006

# Exhibit D

Rec'd 10/18/04

Bell&Bands PLLC
Attorneys at Law

Harry F. Bell, Jr.
William L. Bands
Tim J. Yianne

30 Capitol Street
P. O. Box 1723
Charleston, WV 25326-1723

Phone 304/345-1700
Facsimile 304/345-1715
Facsimile2 304/344-1956

Sender: tjyianne@belllaw.com www.belllaw.com

October 12, 2004

Susan A. Weber, Esquire
James W. Mizgala, Esquire
Sidley, Austin, Brown & Wood, LLP
Bank One Plaza
10 S. Dearborn Street
Chicago, IL 60603

**Re: Michael Black, *et al.*, Case No. 02-0199**

Dear Ms. Weber and Mr. Mizgala:

Pursuant to PTO 114, please find enclosed the case-specific expert report in the above-matter.

Also, Pursuant to PTO 127, given that Plaintiffs are seeking economic damages only, Plaintiffs categorize their claims as "Other" (not alleging Muscle Complaints/Symptoms).

If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

Tim J. Yianne

Enclosure
cc: Deanna Dailey (w/o enclosure)
Jean M. Geoppinger (w/o enclosure)
Fred T. Magaziner (w/o enclosure)

SPFS000001gfc