**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Michael Black, et al. v. Bayer Corp., et al.* | : | Case No. 02-0199 |

**DEFENDANTS' CROSS-MOTION TO DENY CLASS CERTIFICATION AND ENTER JUDGMENT AGAINST PLAINTIFF**

Pursuant to Federal Rules of Civil Procedure 23 and 56, defendants hereby move the Court to deny class certification and to enter judgment against the plaintiff and in favor of defendants on all claims in this matter. This Motion is based on all files, records and proceedings herein, including Defendants' Response To Motion For Remand, And Cross-Motion To Deny Class Certification And Enter Judgment Against Plaintiff (which encompasses Defendants' brief in of support of this motion).

Dated: January 10, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

_____/signature on file/___
Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Frank R. Volpe
Eamon P. Joyce
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Counsel for Bayer Corporation and Bayer AG

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, MN 55402
(612) 338-1838

_____/signature on file/___
Fred T. Magaziner
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendants' Cross-Motion to Deny Class Certification and Enter Judgment Against Plaintiff, Bayer and GSK's Response to Motion for Remand and Cross-Motion to Deny Class Certification and Enter Judgment Against Plaintiff, Local Rule 7.1(c) certificate, proposed order, and exhibits were electronically filed and served on January 10, 2007.

David L. Barlett
_______________________________