# Exhibit B

Cabell Huntington Live Directory
RESULTS BY SELECTION
RESULTS REPORTING
Tue Dec 24, 2002 12:45 PM
Printed By: TM,MR

Name= MCCOLLINS,GEORGE F    Age= 70Y    Sex= M    MRUN 05-05-78-63
Adm Dt= 04/10/2001 Loc= REG    Acct#= 23356884    Phys= SKEENS,WILLIAM

---

Ord #= -    Sched D/T= 04/10/2001 0000
Ord Phys=    Collect D/T= 04/10/2001 0750
Resulted by= SYS,IS    Result D/T= 04/10/2001 1357
Original Result D/T= 04/10/2001 0941 by USER,SYSTEM

(1 of 3)

| LIPID PANEL | | | |
|---|---|---|---|
| Cholesterol: | 190 | (0 - 200) | mg/dl |
| Triglycerides: | 121 | (40 - 160) | mg/dl |
| VLDL: | 24 | (8 - 32) | mg/dl |
| HDL Cholesterol: | 54 | (35 - 70) | mg/dl |
| LDL: | 112 | (84 - 146) | mg/dl |

Comment:

| | |
|---|---|
| Desirable: | <130 mg/dl |
| Moderate risk: | 130-159 mg/dl |
| High risk: | =>160 mg/dl |

| | | | |
|---|---|---|---|
| LDL/HDL Ratio: | 2.07 | (0.00 - 3.00) | ratio |
| HDL/Cholesterol Ratio: | 28.4 | | % |

Comment:

| CHD Risk by ratio | MALE | FEMALE |
|---|---|---|
| Dangerous: | <7% | <12% |
| High: | 7 - 15% | 12 - 18% |
| Average: | 15 - 25% | 18 - 27% |
| Below Average: | 25 - 37% | 27 - 40% |
| Protection probable: | >37% | >40% |

Ord #= -    Sched D/T= 04/10/2001 0000
Ord Phys=    Collect D/T= 04/10/2001 0750
Resulted by= SYS,IS    Result D/T= 04/10/2001 0941

(2 of 3)

| LIVER PROFILE | | | |
|---|---|---|---|
| Gamma GT: | 24 | (15 - 73) | U/L |
| Globulin: | 3.2 | (2.3 - 3.5) | gm/dl |
| Albumin/Globulin Ratio: | 1.3 | (1.0 - 2.0) | |
| Protein, Total Serum: | 7.2 | (6.0 - 8.0) | gm/dl |
| Albumin, serum: | 4.0 | (3.5 - 5.0) | gm/dl |
| Bilirubin, Total: | 0.6 | (0.2 - 1.3) | mg/dl |
| Alkaline Phosphatase: | 81 | (30 - 122) | U/L |
| ALT: | 22 | (21 - 72) | U/L |
| AST: | 27 | (17 - 59) | U/L |

Confidential, Subject to Protective Order

Cabell Huntington Live Directory
RESULTS BY SELECTION
RESULTS REPORTING
Tue Dec 24, 2002 12:45 PM
Printed By: TM,MR

Name= MCCOLLINS,GEORGE F Age= 70Y Sex= M MRUN 05-05-78-63
Adm Dt= 07/25/2001 Loc= XRAY Acct#= 23954423 Phys= SKEENS,WILLIAM

---

Ord #= - Sched D/T= 07/25/2001 0917
Ord Phys= Collect D/T=
Resulted by= RMC,XRAY Result D/T= 07/25/2001 1541
Original Result D/T= 07/25/2001 1522 by MCWHORTER,RICHARD

CT ABDOMEN S (1 of 2)
:

Linked Items:
CT ABDOMEN S for 07/25/2001 0917 Order/Occ: X222151-1
Order Phys: SKEENS,WILLIAM Order Dx: LT FLANK PAIN FOR STONES
CT PELVIS S for 07/25/2001 0917 Order/Occ: X222151-1
Order Phys: SKEENS,WILLIAM Order Dx: LT FLANK PAIN FOR STONES

7/25/01

INDICATION: LEFT FLANK PAIN.

CT ABDOMEN:
SCANNING WAS PERFORMED WITH THE RENAL CALCULUS PROTOCOL, UTILIZING NO CONTRAST, SHOWING A NORMAL APPEARANCE OF THE LIVER AND PANCREAS. GRANULOMATOUS CALCIFICATIONS ARE SEEN IN THE SPLEEN AND A TINY CALCULUS IS APPARENT IN THE GALLBLADDER.

THE KIDNEYS APPEAR NORMAL, SHOWING NO CALCIFICATION OR HYDRONEPHROSIS. THERE IS NO EVIDENCE OF INFLAMMATION.

THE INTESTINES ARE NORMAL WITH NO SIGN OF INFLAMMATION.

CT PELVIS:
THERE IS NO SIGN OF INFLAMMATION.

THE PROSTATE IS NOTICEABLY ENLARGED AND THE URINARY BLADDER WALL IS THICKENED, CONSISTENT WITH OUTLET OBSTRUCTION. CALCIFIED PHLEBOLITHS ARE SEEN IN THE PELVIS. THE LEFT SEMINAL VESICLE IS ASYMMETRICALLY ENLARGED.

IMPRESSION: NORMAL CT ABDOMEN.

CT PELVIS SHOWING PROSTATISM WITH OBSTRUCTIVE SIGNS. BIOPSY OF THE PROSTATE APPEARS INDICATED.

Confidential, Subject to Protective Order

CVS PHARMACY
PATIENT PRESCRIPTION RECORD
BETWEEN 01/01/1999 AND 04/06/2006
PHARMACY # 3391

PAGE: 1
RUN DATE: 04/06/2006 TIME: 11:48:05
REQUEST NBR: 1274755

PHARMACY NAME: CVS/REVCO #3391
ADDRESS: 2801 FIFTH AVE
CITY, ST, ZIP: HUNTINGTON WV 25702

PATIENT KEY: 3391164441
PATIENT NAME: MCCOLLINS GEORGE
ADDRESS 523 30TH ST
CITY, ST, ZIP: HUNTINGTON WV 25702

TELEPHONE: 525-707-6
BIRTHDATE: [redacted]/1932

ALLERGIES:
99 Unknown

Notified: 01/06/1999 Deactivated:

CONDITIONS: None communicated by the patient.

| RX NUMBER | REL | NDC NUMBER | DRUG DESCRIPTION | PRESCRIBER NAME | DATE FILLED | RPH INT | QUANT DISP. | PRIMARY PAYER # | SCDRY PAYER # | TOTAL PRICE | PRIMARY PD AMT | SCDRY PD AMT | PATIENT PD AMT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123358 | 2 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 01/14/1999 | JD | 30 | 7470 | | 2.20 | 1.76 | 0.00 | 0.44 |
| 123358 | 3 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 02/13/1999 | JD | 30 | 7470 | | 2.20 | 1.76 | 0.00 | 0.44 |
| 123358 | 4 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 03/14/1999 | JD | 30 | 7470 | | 2.20 | 1.76 | 0.00 | 0.44 |
| 130751 | 0 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 01/12/1999 | JD | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 131391 | 0 | 00310013110 | ZESTRIL 10MG TABLET | SKEENS, W.MICHAEL M | 01/18/1999 | NE | 30 | 7470 | | 24.82 | 19.86 | 0.00 | 4.96 |
| 131391 | 1 | 00310013110 | ZESTRIL 10MG TABLET | SKEENS, W.MICHAEL M | 02/17/1999 | RB | 30 | 7470 | | 24.82 | 19.86 | 0.00 | 4.96 |
| 134291 | 0 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 02/10/1999 | NE | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 134291 | 1 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 03/17/1999 | RB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 134291 | 2 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 04/20/1999 | RB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 134291 | 3 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 05/22/1999 | JD | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 137357 | 0 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 03/08/1999 | JD | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 1 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 04/06/1999 | RB | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 2 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 05/07/1999 | JD | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 3 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 06/08/1999 | JD | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 4 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 07/10/1999 | JD | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 5 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 08/10/1999 | BB | 30 | 7470 | | 26.49 | 21.19 | 0.00 | 5.30 |
| 137357 | 6 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 09/10/1999 | JD | 30 | 7470 | | 26.91 | 21.53 | 0.00 | 5.38 |
| 141752 | 0 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 04/15/1999 | RB | 30 | 7470 | | 2.20 | 1.76 | 0.00 | 0.44 |
| 141752 | 1 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 05/14/1999 | JD | 30 | 7470 | | 2.20 | 1.76 | 0.00 | 0.44 |
| 141752 | 2 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 06/15/1999 | JD | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 141752 | 3 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 07/15/1999 | BB | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 141752 | 4 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 08/12/1999 | JD | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 141752 | 5 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 09/10/1999 | JD | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 141752 | 6 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 10/12/1999 | BB | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 148809 | 0 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 06/23/1999 | RB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 148809 | 1 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 07/28/1999 | BB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 148809 | 2 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 08/30/1999 | JD | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 148809 | 3 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 10/04/1999 | BB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 148809 | 4 | 00006074061 | ZOCOR 20MG TABLET | SKEENS, W.MICHAEL M | 11/05/1999 | BB | 30 | 7470 | | 100.32 | 80.26 | 0.00 | 20.06 |
| 159897 | 0 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 10/12/1999 | BB | 30 | 7470 | | 26.91 | 21.53 | 0.00 | 5.38 |
| 159897 | 1 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 11/11/1999 | JD | 30 | 7470 | | 26.91 | 21.53 | 0.00 | 5.38 |
| 159897 | 2 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 12/10/1999 | JD | 30 | 7470 | | 26.91 | 21.53 | 0.00 | 5.38 |
| 159897 | 3 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 04/22/2000 | RP | 60 | 7470 | | 52.88 | 42.28 | 0.00 | 10.57 |
| 159897 | 4 | 00310013210 | ZESTRIL 20MG TABLET | SKEENS, W.MICHAEL M | 05/23/2000 | BB | 30 | 7470 | | 26.91 | 21.53 | 0.00 | 5.38 |
| 163297 | 0 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 11/11/1999 | JD | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |
| 163297 | 1 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS, W.MICHAEL M | 12/10/1999 | JD | 30 | 7470 | | 2.34 | 1.87 | 0.00 | 0.47 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

CUHIST Revision: 001.7 11 JAN 2002 CVS/REVCO #3391 DATE/TIME - 03/04/2002 11:01AM
PHARM NAPP/DIV/STORE # 5010400/ 01/ 3391 PHARMACIST'S STATEMENT PAGE- 1
04/14/01 THRU 03/04/02

| | | | |
|---|---|---|---|
| PHARMACY NAME | CVS/REVCO #3391 | LICENSE # | MP0551210 |
| ESS | 2901 FIFTH AVE | FEDERAL TAX ID | |
| CITY, ST ZIP | HUNTINGTON WV 257020000 | IRS # | |
| TELEPHONE | (304) 697-0366 | | |
| FAMILY NAME | MCCOLLINS,GEORGE | TELEPHONE | ( ) 525-7076 |
| ADDRESS | 523 30TH ST | FAMILY ACCOUNT # | [redacted] |
| CITY, ST ZIP | HUNTINGTON WV 257020000 | | |
| MEMBER NAME | MCCOLLINS,GEORGE | BIRTHDAY | [redacted]/1932 |
| MEMBER # | 01 | SEX | M |
| SOCIAL SECURITY # | | RELATION | H |

| RX-# | RFL | NDC-# | DRUG DESCRIPTION | DOCTOR-NAME | DATE | IN | QUAN | 3PT1 | PRICE-$ | 3PTY1-$ | 3PTY2-$ | CUST-$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 271535 | | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 010102 | RB/SW | 30 | 4000 | 90.04 | 72.03 | | 18.01 |
| 268217 | | 00006014058 | PRINZIDE 20/12.5 TABLET MSD | SKEENS,W.MICHAEL M | 020802 | LD/KM | 60 | 4000 | 65.77 | 52.62 | | 13.15 |
| 243986 | | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 081601 | RP/KM | 30 | 7470 | 83.01 | 66.40 | | 16.61 |
| 243986 | 1 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 091401 | RB | 15 | 7470 | 41.98 | 33.57 | | 8.41 |
| 243986 | 2 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 092001 | BB | 30 | 7470 | 83.07 | 66.46 | | 16.61 |
| 243986 | 3 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 103001 | SM | 30 | 7470 | 83.07 | 66.46 | | 16.61 |
| 243986 | 4 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 112901 | RB | 30 | 7470 | 83.07 | 66.46 | | 16.61 |
| 243986 | 5 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 122801 | RP/CH | 30 | 7470 | 83.07 | 66.46 | | 16.61 |
| 243986 | 6 | 00071015623 | LIPITOR 20MG TABLET P-D | SKEENS,W.MICHAEL M | 013002 | LD/SW | 30 | 4000 | 90.04 | 72.03 | | 18.01 |
| 237808 | | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 062701 | BB/KM | 60 | 7470 | 51.74 | 49.38 | | 12.36 |
| 237808 | 1 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 072801 | RB | 60 | 7470 | 64.71 | 51.76 | | 12.95 |
| 237808 | 2 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 083001 | RP/JJ | 60 | 7470 | 64.71 | 51.76 | | 12.95 |
| 237808 | 3 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 092901 | DB | 60 | 7470 | 64.77 | 51.82 | | 12.95 |
| 237808 | 4 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 103001 | SM/JJ | 60 | 7470 | 64.77 | 51.82 | | 12.95 |
| 237808 | 5 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 111401 | BB | 60 | 7470 | 64.77 | 51.82 | | 12.95 |
| 237808 | 6 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 121701 | DD | 60 | 7470 | 64.77 | 51.82 | | 12.95 |
| 237808 | 7 | 00310014210 | ZESTORETIC 20/12.5 TABLET Z | SKEENS,W.MICHAEL M | 011502 | BR/JJ | 60 | 4000 | 71.69 | 57.35 | | 14.34 |
| 258631 | | 00149071001 | MACROBID 100MG CAPSULE P&G | SHARMA,TARA C | 120401 | BB/KM | 20 | 7470 | 31.85 | 25.48 | | 6.37 |
| 247523 | | 00149071001 | MACROBID 100MG CAPSULE P&G | SHARMA,TARA C | 091401 | BB | 20 | 7470 | 31.79 | 25.42 | | 6.37 |
| 247523 | 1 | 00149071001 | MACROBID 100MG CAPSULE P&G | SHARMA,TARA C | 102001 | RP | 20 | 7470 | 31.85 | 25.48 | | 6.37 |
| 240101 | | 00149071001 | MACROBID 100MG CAPSULE P&G | SHARMA,TARA C | 071601 | BD | 20 | 7470 | 30.61 | 24.48 | | 6.13 |
| 240101 | 1 | 00149071001 | MACROBID 100MG CAPSULE P&G | SHARMA,TARA C | 082101 | RP/JJ | 20 | 7470 | 31.79 | 25.42 | | 6.37 |
| 241757 | | 00045152550 | LEVAQUIN 500MG TABLET MCN | SKEENS,W.MICHAEL M | 073001 | BB/SW | 14 | 7470 | 109.04 | 87.22 | | 21.82 |
| 241554 | | 00093089005 | PROPOXY-N/APAP 100-650 TAB | SHARMA,TARA C | 072701 | RP/SW | 12 | 7470 | 3.90 | 3.11 | | .79 |
| 240959 | | 00406035705 | HYDROCODONE/APAP 5/500 TAB | SKEENS,W.MICHAEL M | 072301 | RP/SM | 30 | 7470 | 3.31 | 2.64 | | .67 |
| 240666 | | 00378075101 | CYCLOBENZAPRINE 10MG TABLET | SKEENS,W.MICHAEL M | 071901 | RP | 15 | 7470 | 2.39 | 1.90 | | .49 |
| 228038 | | 00026288569 | BAYCOL 0.4MG TABLET BAY | SKEENS,W.MICHAEL M | 041401 | BD | 30 | 7470 | 43.30 | 34.63 | | 8.67 |
| 228038 | 1 | 00026288569 | BAYCOL 0.4MG TABLET BAY | SKEENS,W.MICHAEL M | 051401 | RP/JD | 30 | 7470 | 43.30 | 34.63 | | 8.67 |
| 228038 | 2 | 00026288569 | BAYCOL 0.4MG TABLET BAY | SKEENS,W.MICHAEL M | 061301 | BB/KM | 30 | 7470 | 43.30 | 34.63 | | 8.67 |
| 228038 | 3 | 00026288569 | BAYCOL 0.4MG TABLET BAY | SKEENS,W.MICHAEL M | 071501 | RP | 30 | 7470 | 43.30 | 34.63 | | 8.67 |
| 187854 | 11 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS,W.MICHAEL M | 050701 | RB/SW | 30 | 7470 | 3.07 | 2.44 | | .63 |
| 187854 | 12 | 00228222196 | HYDROCHLOROTHIAZIDE 25MG TB | SKEENS,W.MICHAEL M | 060501 | RP/KM | 30 | 7470 | 3.07 | 2.44 | | .63 |
| 187997 | 10 | 00310013210 | ZESTRIL 20MG TABLET ZEN | SKEENS,W.MICHAEL M | 042301 | BB | 60 | 7470 | 54.84 | 43.86 | | 10.98 |
| 187997 | 11 | 00310013210 | ZESTRIL 20MG TABLET ZEN | SKEENS,W.MICHAEL M | 052401 | RP | 60 | 7470 | 54.84 | 43.86 | | 10.98 |
| | | | | | | | | MEMBER 01 TOTALS | 1790.60 | 1432.29 | .00 | 358.31 |

I HEREBY CERTIFY THAT THESE DRUGS AND MEDICINES WERE DISPENSED TO THE ABOVE NAMED PERSON(S) BY ORDER OF HIS (OR HER) PERSONAL PHYSICIAN.

PHARMACIST'S SIGNATURE ________ DATE 3/4/02

CONFIDENTIAL
SUBJECT TO
PROTECTIVE ORDER

13000063342

McCollins . George

Page 120

MU

University Physicians & Surgeons, Inc.
1600 Medical Center Drive
Huntington, WV 25701-3655

**CLINICAL RECORD**

Dr.

Call Taken By: (Initials) Km

Caller

Date 8/9/01

Patient George McCollins

DOB

Time

Phone Day (____) 5257076 Evening (____)

☐ Chart Ordered: (____) Re: u: Baycol

Pt advised.

Doctor's Reply/Orders: Stop Baycol

1 wk start Lipitor 20 ? ,

ghs

LFT/FLP 1 mo.

Drug Allergies

Doctor's Signature

Pharmacy Phone

Nurse's Signature

MS000019gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

1336 3342

Page 1/9

McCollins George

**UNIVERSITY PHYSICIANS & SURGEONS, INC.**
1600 MEDICAL CENTER DRIVE
HUNTINGTON, WV 25701-3655

**CLINICAL RECORD**

Dr. Speers Call Taken By: (Initials) Km Caller Date 8/6/01

Patient George McCollins DOB Time

Phone Day (___) 8257026 Evening (___) (___-___)

☐ Chart Ordered: (___) Re: Needs something else other than Levaquin - Levaquin making him very sick at stomach c 500

Doctor's Reply/Orders: Cipro 500 BID x 14 days per Dr Speers

Drug Allergies ___ Doctor's Signature [signature]

Pharmacy ___ Phone ___ Nurse's Signature [signature]

MS000020gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

118

DEA # 

W. MICHAEL SKEENS, M.D.
UNIVERSITY PHYSICIANS INTERNAL MEDICINE
1600 MEDICAL CENTER DRIVE
SUITE G500
HUNTINGTON, WV 25701-3655
691-1000

NAME George McCollins

ADDRESS ______ DATE 7-23-01

℞ (Please Print)

Lortab-5
#30 (Thirty)
1 po q 4° prn
pain

☐ LABEL

REFILL ______ TIMES PRN NR

______ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE WORDS 'BRAND NECESSARY' OR THE WORDS 'BRAND MEDICALLY NECESSARY' ARE WRITTEN, IN THE PRACTITIONER'S OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

20-MAR-99 01-100126734-4-8258_0004

DEA # ______

W. MICHAEL SKEENS, M.D.
UNIVERSITY PHYSICIANS INTERNAL MEDICINE
1600 MEDICAL CENTER DRIVE
SUITE G500
HUNTINGTON, WV 25701-3655
691-1000

NAME George McCollins

ADDRESS ______ DATE 7-23-01

℞ (Please Print)

Levaquin 500
#14
1 po q day

MS000021gfm

☐ LABEL

REFILL ______ TIMES PRN NR

______ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE WORDS 'BRAND NECESSARY' OR THE WORDS 'BRAND MEDICALLY NECESSARY' ARE WRITTEN, IN THE PRACTITIONER'S OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

Confidential, Subject to Protective Order

 117

INTERNAL MEDICINE

MCCOLLINS, GEORGE 130063342
07/23/2001

WALK-IN CLINIC

S: Mr. McCollins is a 68-year-old white male here today with complaint of pain in his lower back radiating around toward the left testicle for the past five to six days. He has history of a normal left herniorrhaphy and wonders if there could be any problems in that region. He saw Dr. Sharma the day before this hit him and had treatment for prostatitis initiated with Macrobid. The pain started the day after the office visit. He did not notice any tenderness in the testicle itself. He has had some slight dysuria at the end of urination or other changes in urinary habits such as frequency or hematuria. No other new complaints such as fever or chills.

O: Blood pressure 124/64, pulse 60, weight 194. Back - there was no CVA or burning tenderness noted over the spinal region throughout the LS spine. Abdomen - bowel sounds positive, soft and benign in the left inguinal region, there is no recurrence of hernia noted. No testicular pain or tenderness.

A: Assessment:
1. Left testicular pain, could be radicular from sacral spine region versus an atypical presentation of kidney stone.
2. Prostatitis per urologist.

P: Plan:
1. The patient was placed on Levaquin 500 mg a day for his prostatitis. Continue the Macrobid. He was given one which was a sample of prescription for two weeks which he will take if he should respond to this. Lortab 5, #30, one every four hours as needed for pain.
2. He will get back in touch with us toward the end of the week if he is not responding well to the current therapy and in the meantime, we will need to check a spiral CT to make sure that there is not a kidney stone causing his pain. → gallstone, ⊖ for kidney stone

WILLIAM SKEENS, M.D.

MRC
d:07/23/2001 12:06
t:07/23/2001 16:37
60/30

Confidential, Subject to Protective Order

MS000022gfm

110

INTERNAL MEDICINE

MCCOLLINS, GEORGE 130063342
02/01/2001

Attending Physician: WILLIAM SKEENS, M.D.

S: Mr. McCollins is a 68-year-old white male with hypercholesterolemia, hypertension, other medical problems who is here today for follow up. Currently he brings with him a list of his prescription medications which are preferred and nonpreferred, and Zocor is not currently being paid for by his insurance. He was just changing this agent. He otherwise, has been feeling very well. He denies any other acute problems. No chest pain or tightness, no diarrhea or constipation. No cough or dyspnea.

O: BP 140/84, pulse 191, (decreased 1 pound). HEENT: Conjunctivae normal OU, tympanic membranes were intact without inflammation bilaterally. External auditory canals were patent without inflammation bilaterally. Examination of the posterior pharynx revealed no erythema or exudates. There were no lesions noted of the buccal mucosa of the oral cavity. Neck: No cervical adenopathy, no carotid bruits. No JVD or HJR. No thyromegaly. Heart: Regular rate and rhythm without murmurs, rubs or gallops. Lungs: CTA bilaterally with normal percussion. Abdomen: Bowel sounds positive, soft, nontender, no masses or organomegaly. No bruits. Extremities: No significant edema was noted.

A:
1. Hypertension.
2. Hypercholesterolemia.
3. Degenerative joint disease.
4. Degenerative lumbar disc disease.
5. Previous tubulovillous polyp times 2 with mild atypia, due for follow up colonoscopy this year.
6. Other problems as per problem list.

P:
1. The patient will complete his current supply of Zocor and then take a week off medication and then start Baycol 0.4 mg q p.m. One month after starting this, he will have his LFTs, lipid profile and CBC checked.
2. He will be scheduled for routine follow up in four months or return sooner if needed.

WILLIAM SKEENS, M.D.

MRC
d:02/01/2001 20:19
t:02/05/2001 10:15
60/01

Confidential, Subject to Protective Order

MS000029gfm

Page 109

Patient # 13004334L

Patient Name McCollins George

UNIVERSITY PHYSICIANS INTERNAL MEDICINE

**CLINICAL RECORD**

| DATE | CHIEF COMPLAINT: |
|---|---|
| 2/1/01 | F/u appt. |

KMcCowan MD

Zocor not covered by ins.

With TP ____

Without TP (Exempted) ____

TP Only ____

(initial/date)

Dictated ____

Not Dictated ____

1st off Zocor
Then Baycol 0.4

MS000030gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

DEA # ____________

W. MICHAEL SKEENS, M.D.
UNIVERSITY PHYSICIANS INTERNAL MEDICINE
1600 MEDICAL CENTER DRIVE
SUITE G500
HUNTINGTON, WV 25701-3655
691-1000

NAME George McCollum

ADDRESS ____________ DATE 2-1-01

℞ (Please Print)

Baycol 0.4
#30
i po q PM

☐ LABEL

REFILL 6 TIMES PRN NR

____________ M.D.

THIS PRESCRIPTION MAY BE FILLED WITH A GENERICALLY EQUIVALENT DRUG PRODUCT UNLESS THE WORDS 'BRAND NECESSARY' OR THE WORDS 'BRAND MEDICALLY NECESSARY' ARE WRITTEN, IN THE PRACTITIONER'S OWN HANDWRITING, ON THIS PRESCRIPTION FORM.

05-JAN-99 01-100128734-3-6573_0003

73

MCCOLLINS, George INTERNAL MEDICINE 130063342
06-05-97

S: Mr. McCollins is a 64-year-old white male with hypertension, hypercholesterolemia and other medical problems who is here today for follow-up. He is currently doing well and is without complaints. On a review of systems, only an occasional left inner thigh cramp was reported. This occurs every six to eight weeks and not with any predictability. He was advised on the use of either some calcium supplements at night such as two Tums tablets or some ~~soda~~ tonic water containing a small amount of quinine to help this should it occur with any regularity. He has no cardiac symptoms such chest pain or tightness. No respiratory complaints. No GI or GU symptoms. He continues to follow-up with Dr. Sharma for his prostate examinations yearly. He requested prescription refills for his Zestril and Relafen. The use of pneumovax to decrease his risk of pneumonia was discussed with the patient and he was agreeable to receiving this today.

O: Blood pressure 136/84. Pulse 92. Weight 192. HEENT examination was unremarkable. Heart: Regular rate and rhythm without murmur, rub or gallop. Lungs: CTA bilaterally. Abdomen: Bowel sounds positive, soft, nontender, no masses, organomegaly or bruits were noted. Extremities: Just a trace of pitting edema in the pretibial region .

A: 1) HTN.
2) Hypercholesterolemia.
3) DJD and degenerative disk disease of the lumbar spine.
4) Mild right ankle swelling due to venous pooling.
5) H/O of tubulus villous adenomatous polyp x 2 with moderate atypia, for follow-up colonoscopy in 2001.

P: 1) The patient will continue on his current regimen and was given a pneumovax today.
2) He was given prescriptions for Zestril (Prinivil) 10 mg a day and Relafen 1000 mg a day with food. Six refills were also given on these.
3) He was given hemoccult cards x 3 to return for colon cancer screening.
4) His next routine follow-up will be in 4-5 months and he will return sooner if needed.

5) Pvax given

W. Michael Skeens, M.D./vsc

t: 07-01-97
0701-01.WMS

Confidential, Subject to Protective Order

MS000078gfm

Page 72

# 130063342
McCollins, George

University Physicians Internal Medicine

**CLINICAL RECORD**

| DATE | |
|---|---|
| 6/5/97 | AGE: 64 WT: 189 B/P: 136/84 P: 92 |
| | ALLERGIES: NKDA |
| | MEDICATIONS: see current list |
| | Flu T Wilson RN |
| | occas ⓡ inner thigh cramp q 6-8 wks. |
| | Zestril Relat. |
| | Pneumovax 0.5 ml IM ⓡ deltoid T Wilson RN Lot # 03290 Exp 12/1/97 |

Patient No.:

Date: 6/19/97

Patient Name: McCollins, George

Hemoccult Slides X 3

Results: ⊝ X3

Comments: 523 30th St

MS000079gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

130063342

Page 61

**CLINICAL RECORD**

MIU

UNIVERSITY PHYSICIANS INTERNAL MEDICINE

McCollins George

| DATE | |
|---|---|
| 8/8/96 | AGE: 63 WT: 189 B/P: 130/78 P: 68 |
| | ALLERGIES: NKA |
| | MEDICATIONS: |
| | Norvasc 5mg QD |
| | Zocor 20mg QD |
| | HCTZ 25mg ½ tab QD —— RxRF |
| | Relafen prn - rarely used. |
| | F/u |
| | C/O (R) ankle edema |
| | M Thompson CAN |
| | Saw Sharma |
| | PSA 4.3 |
| | using support stocking - ø Δ. |
| | not painful, etc. |
| | ø discomfort c it. |
| | dict |

✓ c Sabik on F/U scopes.

MS000091gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

Slwb

Page 60

UNIVERSITY PHYSICIANS & SURGEONS, INC.
1801 SIXTH AVENUE
HUNTINGTON, WEST VIRGINIA 25703-1585

**CLINICAL RECORD**

McCollins, George

| DATE | |
|---|---|
| | 1-800-344-5123 |
| 4-9-96 | Ø pre-cert needed for 4/8/96 SMH per Jill S Chapman |
| 4/29/96 | Pt. called for cxr report, results given Per. Sonya Watts LPN. |
| 5-13-96 | Chol noted to be 231, was 198 before on same dose of Zocor -- ✓ @ F/U [signature] |
| 6-21-96 | Highlawn Norvasc 5mg i po qday #30 3 RF 523-0000 S Chapman |
| 7/1/96 | Rx 523-0000 Zocor 20mg q0 #30 c̄ 5RF. [signature] RN |

MS000092gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

59

MCCOLLINS, George INTERNAL MEDICINE 130063342
03/22/96

S: A patient of Dr. Skeens here for evaluation of occasional constipation. Denies any blood in his stool. Father died of colon cancer in his late 70s. The indications and risks for sigmoidoscopy to look for lesions were explained and the patient agreed to have the test done. After two Fleets enemas he was placed in the left lateral decubitus position. The rectal exam was unremarkable with no external hemorrhoids. The endoscope was inserted and the following findings noted.

Proximal sigmoid was reached and the prep was good. Upon withdrawal the mucosa was grossly normal throughout except for an approximately 7 to 8 mm benign appearing rectal polyp about 10 cm into the anal verge. A biopsy x 2 was taken.

We will await our biopsies. If adenomatous, will discuss colonoscopy and polypectomy with Mr. McCollins.

Marc Subik, M.D./pd

d 03/22/96
t 03/26/96
0326-6.MS

3/28/96 contacted pt ē Path results. Pt agrees to colon.
M Thompson LPN

4/3/96 Sched SMH colon 4/8 8:00. pt notified, written info mailed
Dr Subik / M Thompson LPN

Patient No.: Date: 3/19/96

Patient Name: George McCollins
Hemoccult Slides X

Results: (−) x 3
Comments: 1089704
B Duffy RN

Confidential, Subject to Protective Order

MS000093gfm

Page 50

MU

UNIVERSITY PHYSICIANS & SURGEONS, INC.
1801 SIXTH AVENUE
HUNTINGTON, WEST VIRGINIA 25703-1585

**CLINICAL RECORD**

McCollins George

| DATE | |
|---|---|
| 10/11/95 | Pt advised of cholesterol 295. Per Dr. Skeens start Zocor 10 mg q d. √ CCP in 1 month. Samples (1 mos) and slip @ desk. B. Huff RN |

Confidential, Subject to Protective Order

MS000103gfm

(Dictation may be continued on reverse)

36

CO
MCMULLINS, George INTERNAL MEDICINE #130063342
11/7/94

Attending Physician: Mike Skeens, M.D.

S: This is a 62 year-old white male who presents to the walk-in clinic with severe pain in the top of his left leg. This occurred approximately 1 week ago and the patient noticed that the pain came on all at once. He describes it as an "aching or charlie horse sensation" which is relieved by lying on his back. He said the pain is exacerbated by walking or flexing the hip. He went to St. Mary's for evaluation last Wednesday, they x-rayed his pelvis and left femur and did a Doppler ultrasound and all this was negative. He had a CCP and CBC which revealed no abnormalities. He was given Toradol without any relief and then was placed on Lortab which is relieving his pain for an hour or two but the pain does return. He denies any fever or chills. He just stopped taking his Pravachol because of the fact that this can cause myositis and he was aware of this. He had not been doing any unusual activities on the leg and there is no history of trauma.

O: PHYSICAL EXAMINATION: Blood pressure 130/82, pulse 60, temperature 98.4. The patient was alert and oriented to person, place, time and situation in no acute distress. There was no tenderness noted in the left thigh. There was no edema, pulses were 2+ symmetrical in both lower extremities. Deep tendon reflexes were 2+ symmetrical in lower extremities. There was no pain on passive movement of the leg. The patient did experience pain in the distal area of the left quadriceps femoris muscle. Again there was no appreciable pain elicited on palpation. He also did exhibit some pain when he was asked to flex his back. X-ray of the back did reveal some discogenic disease mainly of the L4 L5 lumbar spine.

LABORATORY DATA: A CK was 88.

A: This is a 62 year-old white male with left leg thigh pain which may be of neurologic origin from discogenic disease. Other possibilities would include muscle strain or contusion.

P: 1) Have the patient stop his Motrin and we will try Naprosyn 500mg p.o. b.i.d.
2) Start him on Flexeril 10mg p.o. t.i.d. and gave #30.
3) Percocet #30 p.o. q.4 hours p.r.n. for pain.
4) The patient is to continue his heating pad for the pain. He is to call on this Thursday in the AM to give information about the progress of his left thigh. Further arrangements will be made at that time.

MS000117gfm

Todd Gress, M.D. /tn

TG
1107-13.TG

Confidential, Subject to Protective Order

Page 35

MU

UNIVERSITY PHYSICIANS AND SURGEONS
A Division of John Marshall Medical Services, Inc.

**CLINICAL RECORD**

13006 3342
McCollins, George

DATE

WALK-IN SERVICES

ATTENDING: McCarty

11/7/94

AGE: 62 WT: ____ B/P: 150/82 P: 60 TEMP: 98.4

LMP: — FORM OF CONTRACEPTION: —

BREASTFEEDING: ~~YES OR NO~~

ALLERGIES: NKA

MEDICATIONS: Cardizem CD
Locatsto 84°
Motrin

__CBC __CCP __U/A w/C&S __TSH __free $T_4$ __PSA __HbAIC __Glucose __EKG __X-RAY

__CBC/Diff __RPR __K+ __ESR __Wet Prep __H/H __Amylase __StrepScreen

TMP 11/7/94 Tralutes

C/o (L) leg pain - leg now feels numb - was at ER wednesday for same leg pain

s chapman

"Aching" "Charley Horse" - relieved by laying on back

CC: Severe pain top L. Leg - 1 week ago. Drove to Columbus on Sunday

went ST Marys red

XRAYED HIP, LEG - Neg.

Blood work - neg. → Only thing left Bone Scan

U/S Leg → Neg

Given toradol - no relief. No Fever/chills

Then give Lortab and Motrin. Stopped feeling paralyzed

No h/o trauma to L. leg

(and been working on house

11/8/94 Cx'd c Dr. Skeens TGS

XRAYS AT ST MARY'S

U/S L. LEG: NML - NO DVT
PELVIS / L. FEMUR - NEG.

CK - 88
- D/C Motrin
- Naprosyn 500 mg bid
- Flexeril 10 mg tid #30
- Percocet #30
f 94° pr

MS000118gfm

Confidential, Subject to Protective Order

(Dictation may be continued on reverse)

MCCOLLINS, George
08-26-93

INTERNAL MEDICINE

130063342

The patient is a 60 year old white male who came in today to follow up on laboratory testing done after history and physical by Dr. Oley. Due to a scheduling error, Dr. Oley was not available to see the patient today. His diagnoses at that time were borderline hypertension and hyperlipidemia. At his last visit in 2-93, he was advised on conservative measures for control of his cholesterol and has stuck with these religiously. He has dropped his weight from a previous 188 pounds to his current 176 pounds by these measures. His most recent lipid panel showed a cholesterol level of 278 with an HLD fraction of 51 and LDL fraction of 198 which is a slight improvement from his previous level of 288. He was advised that while his efforts had helped, they did not appear to be sufficient to bring his risk for cardiovascular events back to average. He was placed on Pravachol at 20mg per day and is scheduled to have a follow up CCP in one month. He will follow up with me in 3 months and at that time, we will reassess his fasting lipid profile and determine if any further changes are needed. He will return as needed in the interim.

W. Michael Skeens, M.D. /kks

d 09-01-93
t 09-03-93
0901-3.WMS

Page 1

John Marshall Medical Services, Inc.

CLINICAL RECORD

13006 3342
McCullers, George

ALLERGIES: NKDA

| DATE | |
|---|---|
| | AGE: 60 WT: ~~27~~ 176 ↓ from 188 Feb. B/P: 170/84 P: 66 |
| | MEDICATIONS: |
| 8/26/93 | ASA ĪĪ x p/wk. Centrum equivalent MVI in Rite Aid Brand. |
| | Hx. ↑ cholesterol. no voiced complaints /problems — Jollen, RN |
| | Pravachol 20. |
| | [signature] |

Confidential, Subject to Protective Order

6

-3-
MCCOLLINS, GEORGE
#130063342

A: Basically healthy 60 year old white male except for borderline blood pressure for his age and clearly unfavorable lipid profile, no evidence of risk factors to add to this scenario.

P: This patient may well need pharmacologic treatment for both blood pressure and cholesterol, however, neither is in an alarming range at this time. Thus, I provided him with a lot of literature regarding salt restriction, hypertension, weight loss, exercise and dietary intervention for lipid control. He and his wife will review this material. She evidently has similar problems which will match these lifestyle changes. He is going to return in six months, at which time we will repeat his lipid profile and make a further decision. He is also to drop in once or twice in the interim for blood pressure checks to monitor that situation. He does need an EKG as baseline for records in our chart and I will have our nurse call him to have this done in a timely fashion as well. My card was provided with all the emergency numbers and he will call with any questions.

GRETCHEN OLEY, M.D./mfn

d 2-05-93
t 2-10-93

Confidential, Subject to Protective Order

5

--2--
MCCOLLINS, GEORGE
#130063342

S: (cont'd)
FAMILY HISTORY:
His mother is alive at the age of 90 and in "good shape" for her age. His dad died at the age of 79 of colon carcinoma. He has one brother who has some problems with hypertension. There is specifically no family history of diabetes or particularly early heart disease. There are no other malignancies to report as well.

REVIEW OF SYSTEMS:
The patient denies any fever, chills, night sweats or weight loss. He has no history of tuberculosis, hepatitis or rheumatic fever. He has no history of seizures or mental illness. He has no known thyroid disease. He denies any asthma, wheezing or chronic bronchitis. He has no trouble with unusual headaches, hearing, ringing in his ears, nose bleeds or trouble swallowing. His vision is normal, he does wear eye glasses to read. He has no unusual or frequent indigestion or dyspepsia. He has had no nausea, vomiting, melena, hematochezia or constipation. He has never been told he has an enlarged prostate or had urinary tract infections but has been treated intermittently over the years for some recurrent prostate infections. He follows regularly with Dr. Tara Sharma for this exam and problems. He has had some multiple actinics frozen and removed from his face by Dr. Abraham. Three years ago he also had a small skin lesion removed from his left fourth finger by Dr. Canterbury which was reportedly benign. He does occasionally have a little stiffness in his right arm and elbow, particularly when he over works. He doesn't usually take much for that. Very many full aspirin bother his stomach and he has found by just taking his baby aspirin a day he stays reasonably ache and pain free.

O: PHYSICAL EXAMINATION:

| | |
|---|---|
| General: | This is a healthy-appearing 60 year old male. |
| Vital Signs: | He is probably slightly overweight and his BP is 160/84. His pulse is 96 and regular. |
| HEENT: | Head-normal. ENT-unremarkable. |
| Neck: | Supple without adenopathy. There is no JVD or carotid bruits. Thyroid is normal. |
| Lungs: | Clear to auscultation and percussion. |
| Heart: | S1/S2 normal without murmurs or gallops. PMI is nondisplaced. |
| Abdomen: | Entirely negative with no hepatosplenomegaly. Bowel sounds are normal. |
| Extremities: | No clubbing, cyanosis or edema. Pulses are full and equal. |
| Neuro: | The neurological exam is normal including sensory, motor and reflexes. Cranial nerves are intact. |

LABORATORY DATA:
It should be noted that this patient's cholesterol was 288 and the triglycerides 185 fasting on 12-18-92. His LDL was also 198.

(cont'd)

4

MCCOLLINS, GEORGE INTERNAL MEDICINE #130063342
2-2-93

PROBLEMS:
Follow-up from chest pain and recently discovered hypercholesterolemia.

S: This is a 60 year old white male whom I saw in the middle of December of 1992. At that time he was complaining of several days of severe chest tenderness which was clearly related to movement, coughing and was musculoskeletal in nature. He had recently recovered from an upper respiratory infection and it was probably due to this plus some underlying osteoarthritis of his costochondral margins. A chest x-ray at that time was unremarkable and the treatment I provided completely relieved the problem within days. He has had no further recurrence of any chest pain, either of that type or exertional. His only medications include a baby aspirin daily as well as a generic brand of Centrum daily.

PAST MEDICAL HISTORY:
1. The patient had an inguinal hernia repair on the left 14-15 years ago with no problems since.
2. 4-5 years ago the patient had a cholesterol test in some sort of a small screening facility and was told his cholesterol was around 250.

SOCIAL HISTORY:
The patient is retired from Huntington Alloys, where he was a crane operator. Though there was some question of mild asbestos exposure he has had a recent asbestos exam and he was told there was evidence of any sequelae from asbestos exposure. He is an Army veteran and served during the Korean War from 1952 to 1954. He traveled in Japan as well as Korea but had no illnesses or exposures that were remarkable during that period of time.

IMMUNIZATIONS:
He had his last tetanus shot 1-2 years ago. He keeps up with this because he works so much around equipment, carpentry and labor.

EXERCISE HABITS:
The patient does not do anything purposely but still works virtually daily doing various odd jobs for himself and other people that involves heavy lifting, lots of walking, moving and other activities. He does admit to a gradual ten pound weight gain, however, since he retired in 1989.

HABITS:
The patient has never smoked nor used alcohol. He denies any IV or illicit drug use.

TRANSFUSIONS:
None.

ALLERGIES:
None.

(cont'd)

Confidential, Subject to Protective Order

Page 3

130063342
McCollins, George

John Marshall Medical Services, Inc.

CLINICAL RECORD

| DATE | |
|---|---|
| 2/2/93 | AGE: 60 WT: 188 B/P: 160/84 P: 96 TEMP: |
| | MEDICINE: Ø (Rite Aid Brand) Centrum Daily, Baby ASA daily. ALLERGIES: NKA |

C/C Follow-up - Last visit chest soreness - gone
Cholesterol test - Above norm

Hernia - 14-15 yrs. left - OK
? Tetanus
Retired - 1992
Ø asbestos exam
Tetanus - 1-2 yr. ago.
1952-54 - Korea/Japan
Ø blood transfusions.
Ø IV/illicit drugs.

Mother - 90 - "good shape"
Dad - 79 - Colon Ca
bro - ↑BP
↑ 20 lbs - retired
Ø Diabetes

Abdomen -
Face
ASA
Centrum.

2/6/93

2/8/93 Pt. notified to come in for baseline EKG and to have BP ✓'d several times before next visit in 6 months.
Dr. Olay / D. Duncan

Confidential, Subject to Protective Order

Cabell Huntington Hospital
1340 Hal Greer Blvd Huntington WV 25701
**DAILY REPORT**

Patient name: **MCCOLLINS, GEORGE F** M.R.N.: 05057863 Room:
Billing no.:
Location: UP&S INTERNAL MEDICINE Att.physician: SKEENS, WILLIAM
Adm.date: 04/10/01 Surg.date: DOB: /1932 Age: 68 Sex: M

Order Id : 40100378 **FINAL**
Date&Time Ordered: 04/10/01 07:46
Req.physician : **SKEENS, WILLIAM, MD**
Report to : **SKEENS, WILLIAM, MD**
Req. physician: **SKEENS, WILLIAM, MD**
Copy to: **SKEENS, WILLIAM, MD**
Fasting

**Cardiac Risk Profile ( Lipid)**

| TEST-NAME | RESULT | | AB | NRML-RANGE | UNITS |
|---|---|---|---|---|---|
| COLLECTED 04/10/01 07:50 | | | | | |
| **Measured Parameters** | | | | | |
| Cholesterol | 190 | | | 0-200 | mg/dl |
| Triglycerides | 121 | | | 40-160 | mg/dl |
| HDL Cholesterol | 54 | | | 35-70 | mg/dl |
| **Calculated Parameters** | | | | | |
| LDL | 112 | | | 84-146 | mg/dl |
| Desirable: | <130 mg/dl | | | | |
| Moderate risk: | 130-159 mg/dl | | | | |
| High risk: | =>160 mg/dl | | | | |
| VLDL | 24 | | | 8-32 | mg/dl |
| LDL/HDL Ratio | 2.07 | | | 0.00-3.00 | ratio |
| HDL/Cholesterol Ratio | 28.4 | | | | % |
| CHD Risk by ratio | MALE | FEMALE | | | |
| Dangerous: | <7% | <12% | | | |
| High: | 7 - 15% | 12 - 18% | | | |
| Average: | 15 - 25% | 18 - 27% | | | |
| Below Average: | 25 - 37% | 27 - 40% | | | |
| Protection probable: | >37% | >40% | | | |

* - new results
Patient name: **MCCOLLINS, GEORGE F** MRN: 05057863 Room:
Location: UP&S INTERNAL MEDICINE Att.physician: SKEENS, WILLIAM
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, C-CRITICAL, T-TOXIC
16 of 24, 17 of 25 PRINTED 04/10/01 15:40 Page: 1 of 1

Confidential, Subject to Protective Order

18-Dec-1992 15:03

John Marshall Independent Laboratory
1801 6th Avenue
Huntington, W.V. 25703
696-7196/7197

Patient: McCollins, George ID: 130063342
Cup Number: F4 Request Number: 204 Age: Sex: M

Comments: IM
Oley
12/18/92

G Kelly

| Test | Result | Flags | Low | High |
|---|---|---|---|---|
| **Profile: CCP** | | | | |
| Sodium | 144. meq/L | | 135. | 148. |
| Potassium | 4.5 meq/L | | 3.7 | 5.3 |
| Chloride | 106. meq/L | | 98. | 108. |
| CO2 | 29. meq/L | | 25. | 32. |
| Glucose | 103. mg/dL | | 65. | 110. |
| BUN | 18. mg/dL | ABOVE NORM | 7. | 18. |
| Creatinine | 1.2 mg/dL | | 0.7 | 1.5 |
| Uric Acid | 7.0 mg/dL | | 2.6 | 7.2 |
| Calcium | 8.5 mg/dL | | 8.0 | 10.3 |
| Phosphorus | 3.6 mg/dL | | 2.7 | 4.5 |
| Alk. Phos. | 106. U/L | | 31. | 115. |
| GGT | 33. U/L | | 0. | 53. |
| Total Bili. | 0.7 mg/dL | | 0.2 | 1.0 |
| SGOT/AST | 25. U/L | | 9. | 48. |
| SGPT/ALT | 30. U/L | | 5. | 49. |
| LDH | 145. U/L | | 89. | 221. |
| Cholesterol | 288. mg/dL | ABOVE NORM | 140. | 220. |
| Triglycerides | 185. mg/dL | ABOVE NORM | 35. | 160. |
| Total Protein | 7.2 g/dL | | 6.0 | 8.3 |
| Albumin | 4.4 g/dL | | 3.5 | 5.3 |
| GLB | 2.8 mg/dL | | 2.3 | 3.5 |
| A/G Ratio | 1.5 | | 1.0 | 2.0 |
| BUN/Creat Ratio | 15. | | 15. | 24. |
| Anion Gap | 13.9 meq/L | | | |
| **Profile: Lipid** | | | | |
| Cholesterol | 288. mg/dL (<200) | ABOVE NORM | 140. | 220. |
| Triglycerides | 185. mg/dL | ABOVE NORM | 35. | 160. |
| HDL Cholesterol | 53. mg/dL | | 30. | 85. |
| VLDL CHOL | 37. mg/dL | ABOVE NORM | 7. | 32. |
| LDL CHOL | 198. mg/dL | ABOVE NORM | 65. | 175. |
| CHOL/HDL Ratio | 5.46 | | | |

<130
or 130-160

Confidential, Subject to Protective Order

MS000207gfm

CABELL HUNTINGTON HOSPITAL
1340 HAL GREER BLVD.
HUNTINGTON, WV 25701
304-526-2175
PRINTED: Wed Jul 25, 2001 3:56 PM

MCCOLLINS, GEORGE F M ______/1932 68Y MRUN: 05-05-78-63
XRAY/RAD Acct #:
Admit Phys: SKEENS, WILLIAM Admit Dx: LT FLANK PAIN FOR STONES
Status: SIGNED

CT ABDOMEN S for 07/25/2001 0917 (X222151-1)
Order Phys: SKEENS, WILLIAM Order Dx: LT FLANK PAIN FOR STONES
CT PELVIS S for 07/25/2001 0917 (X222151-1)
Order Phys: SKEENS, WILLIAM Order Dx: LT FLANK PAIN FOR STONES

7/25/01

INDICATION: LEFT FLANK PAIN.

CT ABDOMEN:
SCANNING WAS PERFORMED WITH THE RENAL CALCULUS PROTOCOL, UTILIZING NO CONTRAST, SHOWING A NORMAL APPEARANCE OF THE LIVER AND PANCREAS. GRANULOMATOUS CALCIFICATIONS ARE SEEN IN THE SPLEEN AND A TINY CALCULUS IS APPARENT IN THE GALLBLADDER.

THE KIDNEYS APPEAR NORMAL, SHOWING NO CALCIFICATION OR HYDRONEPHROSIS. THERE IS NO EVIDENCE OF INFLAMMATION.

THE INTESTINES ARE NORMAL WITH NO SIGN OF INFLAMMATION.

CT PELVIS:
THERE IS NO SIGN OF INFLAMMATION.

THE PROSTATE IS NOTICEABLY ENLARGED AND THE URINARY BLADDER WALL IS THICKENED, CONSISTENT WITH OUTLET OBSTRUCTION. CALCIFIED PHLEBOLITHS ARE SEEN IN THE PELVIS. THE LEFT SEMINAL VESICLE IS ASYMMETRICALLY ENLARGED.

IMPRESSION: NORMAL CT ABDOMEN.

CT PELVIS SHOWING PROSTATISM WITH OBSTRUCTIVE SIGNS. BIOPSY OF THE PROSTATE APPEARS INDICATED.

KW seen by Skeens

Dictated By: MCWHORTER, RICHARD MD 07/25/01 1415

Released By: (Electronic Signature) SIGNED
MCWHORTER, RICHARD MD 07/25/01 1541
Transcribed: CBA 07/25/01 1522

RADIOLOGY CONSULTATION

Confidential, Subject to Protective Order

MS000212gfm

# ST. MARY'S HOSPITAL
EMERGENCY/TRAUMA SERVICES
HUNTINGTON, WEST VIRGINIA

EMS 4346524
MCCOLLINS, GEORGE 11/02/94
523 30TH ST
HUNTINGTON WV 2570
304-525-7076 ... W ... 62Y
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 ...
[redacted]1932
COUNTY AMB

Date 11-2-94
Name George McCollins Age
Triage Time 920 Wt. ___ LMP ___ Tetanus ___
Arrival: Ambulance ☒ W/C ☐ Walk ☐ Carried ☐
T97 P60 R16 BP ___ Pulse OX ___ Visual Acuity OD ___ OS ___

MEDICAL HISTORY
None ☐ COPD ☐ CVA ☐
MI ☐ Ulcers ☐ HTN ☒
DM ☐ Heart ☐ Seizures ☐
CHF ☐ CA ☐ Other ☐

PRESENTING PROBLEM

Subjective/Objective Data: woke up ... pain in (L) hip and thigh ... ambulate ... weight bearing ...

HOME MEDS: Cardizem ... Motrin ...

ALLERGY/NKDA

Private Physician: Dr. Skeens

Triage Treatment:

Triage Nurse:

ARRIVAL CONDITION
Disoriented ☐ Lethargic ☐
CS ☐ A/O ☒

INITIAL NURSING EXAM

RESPIRATORY | NEURO (GCS) | CIRCULATORY | GI/GU | SKIN/ORTHO | PSYCHOSOCIAL

RESPIRATORY: ☐ N/A; EFFORT: ☑ Normal, ☐ Dyspnea, ☐ Nasal Flaring, ☐ Retractions, ☐ Stridor; BREATH SOUNDS: ☑ Clear, ☐ Crackles, ☐ Wheezing, ☐ Diminished, ☐ Absent (L / R)

NEURO (GCS): EYE OPENING: 4 Spontaneous, 3 To voice, 2 To pain, 1 None; VERBAL RESPONSE: 5 Oriented, 4 Confused, 3 Inappropriate words, 2 Incomprehensible, 1 None; MOTOR RESPONSE: 6 Follows commands, 5 Localizes pain, 4 Withdraws pain, 3 Flexes to pain, 2 Extends to pain, 1 None

PUPILS 1 • 5, 2 • 6, 3 • 7, 4 • 8

ABBREVIATIONS: PUPILS: B = Brisk, S = Sluggish, D = Dilated, P = Pinpoint, F = Fixed; HAND GRASP/LEG MOVEMENT: S = Strong, W = Weak

CIRCULATORY: ☐ N/A; CAPILLARY REFILL: ☐ Normal, ☐ Delayed; HEART SOUNDS: ☐ Normal, ☐ Murmur, ☐ Gallop; PULSES (L / R): radial, pedal

GYN: PREGNANT ☐ Denies ☐ Yes; LMP ___; Fetal Heart Rate ___

GI/GU: ☐ N/A; ABDOMEN: ☐ Normal, ☐ Guarding, ☐ Distended, ☐ Rigid; TENDERNESS: ☐ LUQ, ☐ LLQ, ☐ RUQ, ☐ RLQ; BOWEL SOUNDS: ☐ None, ☐ Present; Last BM; ☐ Nausea, ☐ Vomiting, ☐ Diarrhea; GU: ☐ Flank Pain L R, ☐ Dysuria, ☐ Hematuria, ☐ Frequency

SKIN/ORTHO: Warm, Cool, Dry, ... MUCOUS MEMBR: ... Moist, Dry; ORTHO: N/A, Swelling, Pain, Deformity, Limited Movement, Abrasion, Laceration, Contusion, ... Location

PSYCHOSOCIAL: EYE CONTACT; AFFECT: Normal; MOTOR BEHAVIOR: Cooperative, Restless, Agitated; SPEECH: Normal, Abnormal; SUPPORT SYSTEM: Lives alone, Family/Significant Other; LANGUAGE BARRIER; IDEATIONS: N/A, Harmful to Self, Harmful to Others

| TIME | BP | P | R | T | Pupil size reaction | LEG R L | Hand Grasp L R | GCS | Monitor | Sao2 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Confidential, Subject to Protective Order

**TARA C. SHARMA, M.D.**
1401 SIXTH AVENUE
HUNTINGTON, WV 25701
PHONE: (304) 523-8800 • FAX: (304) 523-8809

# PROGRESS NOTES

| | |
|---|---|
| NAME George MC COLLINS | PHONE NUMBER 525-7076 |
| ADDRESS 523 30th Street, Huntington, WV 25702 | SHEET NUMBER 9 |

| DATE/PROBLEMS (Number and Brief Description) | FINDINGS (S=Subjective; O=Objective) | TESTS ORDERED and/or PLANNED |
|---|---|---|

07-18-00 George McCollins ________-1330 TCS/ss

S: Patient comes to the office today for a follow-up of his BPH. He denies any frequency, urgency, nocturia; and no dysuria or hematuria.

O: His urine is negative; prostate massaged; abdomen, testes and penis exam was unremarkable. Pertinent data and/or lab results were reviewed and discussed with the patient.

A: BPH; prostatitis

P: He was advised to force fluids, especially water, take sitz baths, and eat properly. He will return in 1 year for follow-up. TCS/ss

RETURN ON: 07-16-01 @ 10:00 AM

7-16-01
Rm# 1

| | ROUTINE | | MICROSCOPIC | NORMS |
|---|---|---|---|---|
| CATH | ✓ (VOID) | | WBC | 0-3 |
| Gold | Color | | RBC | 0-5 |
| Clear | Turbidity | | Bact. | 0-[illegible] |
| N | Urobilinogen | | Crystals | 0-few |
| N | Occult Bld. | | Casts | 0-few |
| N | Bilirubin | | Mucus | 0-[illegible] |
| N | Ketone | | Epith. Cells | 0-10 |
| N | Glucose | 1.010 | Sp. Gr. | |
| N | Protein | Trace | Leuk | |
| 5 | pH | N | Nitrites | |

P/s - WBC RBC's + Bacteria

TCS000015gfm

Confidential, Subject to Protective Order

07-16-01 GEORGE McCOLLINS -1330 TCS/as

S: Patient came to the office today for a follow-up of his BPH and prostatitis. He denies any frequency, urgency, nocturia; and no dysuria or hematuria. He is complaining of soreness in his testicles.

O: His urine is negative; prostate massaged, secretions showed WBCs, RBCs, and bacteria; abdomen, testes and penis exam was unremarkable. Pertinent data and/or lab results were reviewed and discussed with the patient.

A: BPH; prostatitis

P: He was advised to force fluids, especially water, take sitz baths, and eat properly. He will return in 1 month for follow-up. Prescription for Macrobid was given. TCS/as

RETURN ON: °-13-01 @ 9:00 am