**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| | : (MJD/SRN) |
| This Document Relates to: | : |
| *Michael Black, et al. v. Bayer Corp., et al.* | : Case No. 02-0199 |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' RESPONSE TO MOTION FOR REMAND AND CROSS-MOTION TO DENY CLASS CERTIFICATION AND ENTER JUDGMENT AGAINST PLAINTIFF**

I, Susan A. Weber, certify that Defendants' Response To Motion For Remand And Cross-Motion To Deny Class Certification And Enter Judgment Against Plaintiff complies with Local Rule 7.1(c), as well as this Court's Pretrial Order No. 4, Section IV(A) ("General Briefing Requirements").

I further certify that, in preparation of this memorandum, I used Microsoft Office Word 2003 for Windows and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 4,181 words in compliance with Local Rule 7.1(c), and is less than 30 pages in compliance with PTO 4.

Dated: January 10, 2007

Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG