UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL No. 1431

This Document Relates to:

GEORGE F. MCCOLLINS, individually,
and on behalf of all others similarly situated,

Plaintiff,

v. Case No: 02-CV-199

BAYER CORPORATION,
a foreign corporation authorized to do
business in West Virginia;
BAYER AG, a foreign corporation; and
GLAXOSMITHKLINE plc, a foreign corporation,

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
**RULE 26(a)(2) CASE SPECIFIC DISCLOSURES**

Now comes the Plaintiff, individually and on behalf of all others similarly situated (hereinafter "Class"), by and through counsel, Bell & Bands, PLLC, and hereby withdraws Gregory Clarke, M.D., as an expert witness, who was previously disclosed as an expert on or about August 30, 2006, pursuant to MDL Pretrial Order 149.

Respectfully submitted this the 5th day of October, 2007.

George F. McCollins, individually,
and on behalf of all others similarly
situated,
By Counsel

s/ Tim J. Yianne
Harry F. Bell, Jr.
Tim J. Yianne
30 Capitol Street
P.O. Box 1723
Charleston, WV 25326-1723
(304) 345-1700
(304) 345-1715 Facsimile

Richard S. Lewis
James J. Pizzirusso
Cohen, Milstein, Hausfeld & Toll PLLC
1100 New York Ave. NW
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600
(202) 408-4699 Facsimile

Counsel for Plaintiff George F. McCollins

**CERTIFICATE OF SERVICE**

I, Tim J. Yianne, certify that a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF WITHDRAWAL OF RULE 26(a)(2) CASE SPECIFIC DISCLOSURES was electronically served to all counsel of record on this 5th day of October, 2007.

s/ Tim J. Yianne
Bell & Bands, PLLC