✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

GEORGE F. MCCOLLINS, individually, and on behalf of all others similarly situated

V.

BAYER CORPORATION, a foreign corporation authorized to do business in West Virginia; BAYER AG, a foreign corporation; and GLAXOSMITHKLINE plc, a foreign corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 02-199 MJD/SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Plaintiff's Motion to Remand is **DENIED**;
2. Bayer and GSK's Cross-Motion to Deny Class Certification and Enter Judgment Against the Plaintiff is **GRANTED**. This matter is **DISMISSED WITH PREJUDICE.**

August 26, 2008
Date

RICHARD D. SLETTEN, CLERK

s/Amy Linner
(By) Amy Linner, Deputy Clerk