# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**FILED**

APR 8 – 2010

MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

April 8, 2010

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

    Re: Keith Smith, et al.
        v. Bayer Corporation
        No. 09-1205
        (Your No. 09-1069)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 5, 2010 and placed on the docket April 7, 2010 as No. 09-1205.

        Sincerely,

        **William K. Suter**, Clerk

        by

        Sandy Spagnolo
        Case Analyst

RECEIVED
E-MAIL
APR 08 2010
U.S. COURT OF APPEALS
EIGHTH CIRCUIT